FILED
CHARLOTTE, NC

JUL 26 2011

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:11cr235-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **CONSENT ORDER AND** |
| ) | **JUDGMENT OF FORFEITURE** |
| v. ) | |
| ) | |
| ZACHARY CAINE TART, ) | |
| ) | |
| Defendant. ) | |

UPON the Defendant's plea of guilty, and finding that there is a substantial nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant has or had a legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. §§ 981 and 982, and/or 28 U.S.C. § 2461(c):

**Any and all currency and monetary instruments that were received as a result of schemes alleged in the Bill of Information, including the sum of approximately $270,000.00 in proceeds and funds involved in the alleged violations.**

2. A forfeiture money judgment in the amount of $270,000.00 shall be included in the sentence of the Defendant, and the United States Department of Justice may take steps to collect the judgment from any property of the Defendant, in accordance with the substitute asset provisions of 21 U.S.C. § 853(p);

3. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of the property, including depositions, interrogatories, and requests for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45

The parties stipulate and agree that the aforementioned assets constitute property derived from or traceable to proceeds of defendant's crime(s) herein and are therefore subject to forfeiture pursuant to 18 U.S.C. §§ 981 and 982 and/or 28 U.S.C. § 2461(c). The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the

judgment against Defendant.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

_____
PETER B. LOEWENBERG, ESQ.
Senior Trial Attorney
U.S. Department of Justice

_____
PATRICK M. DONLEY, ESQ.
Senior Litigation Counsel
U.S. Department of Justice

_____
ZACHARY CAINE TART
Defendant

_____
WILLIAM TERPENING, ESQ.
Attorney for the Defendant

Signed this the 26th day of July, 2011.

_____
UNITED STATES _____ JUDGE