# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3: 11cr235

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **ZACHARY CAINE TART,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant's Motion to Schedule Sentencing Hearing. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Schedule Sentencing Hearing (#23) is **GRANTED,** and the Clerk of Court is instructed to place this matter on for sentencing during the next available time slot either on a regular sentencing day or a motions hearing day, including any time that might be available on June 20, 2012.

Signed: June 11, 2012

Max O. Cogburn Jr.
United States District Judge